# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-30099

United States Court of Appeals
Fifth Circuit

**FILED**

October 10, 2014

Lyle W. Cayce
Clerk

ANTHONY LAWRENCE,

      Plaintiff - Appellee

v.

DOCTOR SAMUEL GORE,

      Defendant - Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-2816

Before JOLLY, HIGGINBOTHAM, and OWEN, Circuit Judges.

PER CURIAM:*

After studying the briefs and the record and hearing the arguments of the parties, we conclude that the evidence is insufficient to support an Eighth Amendment claim for deliberate indifference to the serious medical needs of Anthony Lawrence. Thus, the judgment of the district court is REVERSED, and the case is REMANDED for entry of judgment in favor of Samuel Gore.

REVERSED, and REMANDED
for entry of judgment dismissing the complaint.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.